**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 10, 2015

Hon. Marcus Montalvo
Montalvo & Ramirez
900 North Main
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Austin Oxford
Oxford & Gonzalez
124 S. 12th Ave
Edinburg, TX 78540
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-15-00449-CV
Tr.Ct.No. C-4008-13-J
Style:    Calvin Wayne McClain v. Diana Alamar McClain


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   430th District Court
      Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)